DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILSON A. PORTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2381

[May 2, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 16014839CF10A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ. concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***